765 A.2d 723

IN THE MATTER OF THEODORE W. DAUNNO,
AN ATTORNEY AT LAW.

January 31, 2001.

## ORDER

The Court on January 17, 2001, having ordered that **THEO-
DORE W. DAUNNO** of **GLEN RIDGE**, who was admitted to the
bar of this State in 1975, be temporarily suspended from the
practice of law, pursuant to *Rule* 1:20–17(e)(1), effective January
31, 2001, unless respondent satisfies the award of the District XI
Fee Arbitration Committee in Docket No. XI–00–011F and pays a
sanction of $500 to the Disciplinary Oversight Committee or
arranged a payment plan satisfactory to the Disciplinary Review
Board prior to that date;

And the Disciplinary Review Board having reported to the
Court that respondent has paid in full the award of the District XI
Fee Arbitration Committee and the sanction of $500 to the Disci-
plinary Oversight Committee;

And good cause appearing;

It is ORDERED that the Order of January 17, 2001, is hereby
vacated.